IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GALEN TINGLE | ) CASE NO.: 1:23-cv-1363 |
| | ) |
| Plaintiff, | ) JUDGE: |
| | ) |
| -v- | ) |
| | ) **NOTICE OF REMOVAL** |
| DR. MARK GRISWOLD, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Dr. Mark Griswold, Case Western Reserve University ("CWRU" or the "University")[1], Erin Henninger (incorrectly named in the Complaint as Erin Heninger), and Jeff Mlakar (collectively referred to as "Defendants") file this Notice of Removal to this Court of an action pending in the Court of Common Pleas, Cuyahoga County, Ohio. In support of this Notice of Removal, Defendants state as follows:

1. On or around May 25, 2023, Plaintiff Galen Tingle filed a complaint (the "Original Complaint") against Defendants in the Cuyahoga County Court of Common Pleas titled *Galen Tingle v. Dr. Mark Griswold, et al.*, Case No. CV-23-980076 (the "State Action"). True and accurate copies of the State Action Original Complaint and Summons are attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a).

2. The Original Complaint includes claims under Title VII of the Civil Rights Act of 1964 and Ohio Revised Code 4112.[2] (*See* Original Complaint, ¶ 38.)

---

[1] The Complaint improperly names "Interactive Commons" as a defendant. The Interactive Commons at CWRU is a center operated by CWRU, and is not a separate legal entity. The corporate entity subject to suit is CWRU and, therefore, no response on behalf of "Interactive Commons" is necessary or appropriate.

[2] Although it is not entirely clear from the Original Complaint what precise claims Plaintiff asserts in this action, Plaintiff seemingly includes allegations of retaliation, constructive discharge, harassment, hostile work environment, and/or age discrimination. (*See generally* Original Complaint.) What is abundantly clear from the Original Complaint,

## TIMELY REMOVAL

3. On or after June 15, 2023, CWRU was served with copies of the Original Complaint and Summons.

4. Upon information and belief, and according to the state court's docket, no additional Defendants have yet been served.

5. No other process, pleadings, or orders, other than the Summons and Original Complaint, attached as Exhibit A, have been served in this action.

6. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days of service of the Summons and Original Complaint upon CWRU.

7. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

## JURISDICTION

8. The State Action includes claims under federal law. Specifically, Plaintiff alleges violations under Title VII of the Civil Rights Act of 1964 (*see* Original Complaint, ¶ 38).

9. Accordingly, Defendants are entitled to remove this action to this Court under 28 U.S.C. § 1441 because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 as the claims asserted under Title VII of the Civil Rights Act of 1964 in the Original Complaint arise under the laws of the United States and the claims expressly raise a federal question.

10. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over all of the remaining claims in the Original Complaint.

11. This action is not a non-removable action as described in 28 U.S.C. § 1445.

## VENUE

12. Venue is proper in this district and in this division pursuant to 28 U.S.C. § 1391

---

however, is that Plaintiff asserts claims under Title VII of the Civil Rights Act of 1964 and related Ohio laws (including Ohio Revised Code 4112 and/or Ohio common law). Plaintiff specifically identifies Title VII of the Civil Rights Act of 1964 in the Original Complaint. (See Original Complaint, ¶ 38.)

and Northern District of Ohio Local Rule 3.8.  A substantial part of the events or omissions giving rise to the claims are alleged to have occurred within this District.

## NOTICE

13.     Nothing in this Notice of Removal should be construed as an admission or acknowledgement of liability, a waiver of any defenses, or that Plaintiff is entitled to any damages.

14.     Concurrent with the filing of this Notice of Removal, written notice of the filing of the Notice of Removal is being sent to Plaintiff, as required by 28 U.S.C. §1446(d).

15.     Promptly after the filing of this Notice of Removal, Defendants will serve written notice of this removal on all parties and file a copy of this Notice of Removal with the Clerk of Court for the Court of Common Pleas for Cuyahoga County, Ohio, as required by 28 U.S.C. § 1446(d).  A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

16.     CWRU will separately and contemporaneously file a Corporate Disclosure Statement.  Fed. R. Civ. P. 7.1

17.     Upon information and belief, all Defendants who were properly served in this case consent to the removal of this action.

WHEREFORE, Defendants respectfully file this Notice of Removal, removing this case from the Court of Common Pleas, Cuyahoga County, Ohio, to the United States District Court for the Northern District of Ohio.

Respectfully submitted,

*/s/ Amanda T. Quan*
Amanda T. Quan (0086623)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
amanda.quan@ogletree.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2023, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, this filing is also being served upon all parties below via e-mail and regular U.S. mail:

Galen Tingle
Unit 103
3608 Payne Avenue
Cleveland, Ohio  44114
galen100@sbcglobal.net

*Plaintiff, Pro Se*

                                        */s/ Amanda T. Quan*
                                        Amanda T. Quan (0086623)
                                        *Attorney for Defendants*