IT IS SO ORDERED.

s/*Pamela A. Barker*

**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED

JUL 21 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| GALEN TINGLE, Plaintiff, | ) | CASE NO.: 1:23-cv-1363 |
| v. | ) | JUDGE PAMELA A. BARKER |
| DR. MARK GRISWOLD, et al., Defendants. | ) | PLAINTIFF'S NOTICE TO DISMISS |

Plaintiff pursuant to rule of civil procedure 41(A)(1)(A) hereby voluntarily dismisses the case without prejudice all claims against the defendants in the above captioned matter.

Certificate of Service:

A copy of this has been served upon the following:

**Case Western Reserve University**
Adelbert Hall 2040 Adelbert Road, Suite 311 Cleveland, OH 4410

**Dr. Mark Giswold**
**Interactive Commons Department**
10900 Euclid Ave. Cleveland, OH 44106-7092

**Erin Henninger**
**Interactive Commons Department**
10900 Euclid Ave. Cleveland, OH 44106-7092

**Jeff Mlakar**
**Interactive Commons Department**
10900 Euclid Ave. Cleveland, OH 44106-7092

**Interactive Commons Department**
10900 Euclid Ave. Cleveland, OH 44106-7092

---

Galen Tingle
3608 Payne Ave
Cleveland, Ohio 44114
216-848-5639

*Galen Tingle*